Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| ALPHONSO CLARK, | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 21-CV-700-JLS |
| Plaintiff, | |
| v. | |
| BUFFALO CITY SCHOOL DISTRICT, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendant's motion to dismiss is granted. The Plaintiff's claim is dismissed with prejudice.

Date: October 29, 2021               MARY C. LOEWENGUTH
                                     CLERK OF COURT

                                     By: s/K.McMillan
                                          Deputy Clerk