UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

ALPHONSO CLARK,

                         Plaintiff,

    v.                                                   Civil Action No. 1:21-cv-00700

BUFFALO CITY SCHOOL DISTRICT,

                         Defendant.
―――――――――――――――――――――――――――――

## NOTICE OF APPEAL

Notice is hereby given that Alphonso Clark, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of this Court entered the October 28, 2021(ECF# 11 and Exhibit A, attached), and the Judgment entered in this action on the October 29, 2021(ECF# 12 and Exhibit B, attached), which granted Defendant's motion to dismiss the Plaintiff's complaint.

Dated:  November 24, 2021

                                                   s/Seth J. Andrews_____
                                                   Seth J. Andrews, Esq.
                                                   Law Offices of Kenneth Hiller PLLC
                                                   *Attorneys for Plaintiff Alphonso Clark*
                                                   6000 North Bailey Avenue, Suite 1A
                                                   Amherst, New York 14226
                                                   (716)564-3288
                                                   Email: sandrews@kennethhiller.com